UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JOHN MASTERS, PRESTON MASTERS, and ROBERT MASTERS,<br><br>　　　　Defendants. | Case No.: SACV 12-01976-CJC(ANx)<br><br><br>JUDGMENT |

On May 28, 2014, the Court issued an Order granting summary judgment to Defendant Preston Masters, finding that Defendant Robert Masters is not a beneficiary to the term life insurance policy issued by American General Life Insurance Company to James Charles Masters as Policy No. YMA0064121 (the "Policy"). (Dkt. No. 46.) The Court found that John Masters and Preston Masters are the sole beneficiaries to the Policy, and are each entitled to one-half of the funds deposited by American General with the Court in this interpleader action. In accordance with the Court's May 28, 2014 Order:

1 | IT IS HEREBY ORDERED, ADJUDGED AND DECREED that one-half of the
2 | funds originally deposited by American General Life Insurance Company with the Clerk
3 | of the Court, (*see* Dkt. No. 29 (showing an original deposit of $170,186.56)), shall hereby
4 | be released to Defendant Preston Masters.[1]

DATED: August 7, 2014

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

---

[1] Judgment hereby being entered and the remaining interpleader funds being disbursed, Defendant Preston Masters's motion to reopen the case is **DENIED AS MOOT**.  (Dkt. No. 47.)  Accordingly, the hearing set for August 11, 2014 at 1:30 p.m. is hereby vacated and off calendar.  *See* Fed R. Civ. P. 78; Local Rule 7-15.